UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John Pomer</u>

          v.                           03-cv-420-PB

<u>Toyotomi USA, Inc., et al</u>

<u>ORDER OF DISMISSAL</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

March 28, 2006                                                     <u>/s/ Paul Barbadoro</u>
                                                                          Paul Barbadoro
                                                                          United States District Judge

cc:    James M. McNamee, Jr., Esq.
        James C. O'Connor, Esq.
        James M. Campbell, Esq.
        Mary M. McGoldrick, Esq.
        Douglas N. Steere, Esq.